RICHARD K. GLAUSER, #4324
DOUGLAS C. SMITH, #10805
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Richard.Glauser@lewisbrisbois.com
Douglas.Smith@lewisbrisbois.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CP COMMERCIAL HOLDINGS, LLC, a Utah limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>PEAK ACTIVITY, LLC, a Delaware limited liability company,<br><br>        Defendant. | **NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Civil No. 2:23-cv-00202 TS _____<br><br>Judge Ted Stewart _____<br><br>Tier: III |

Defendant Peak Activity, LLC (hereinafter "Defendants) hereby file this Notice of Removal of Civil Action, removing the above-captioned action from the Third Judicial District Court of Salt Lake County, Utah, in which it is pending, to the United States District Court, for the District of Utah. In support of this removal, Defendants aver as follows:

1.  On February 24, 2023, Plaintiff CP Commercial Holdings, LLC ("Plaintiff") initiated the instant action by filing a Complaint in the District Court of Summit County,

docketed at Case No. 230901321 ("State Court Action" or "Complaint").  A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit 1.

2. Defendants were first served with a copy of the Complaint on February 27, 2023.  This Notice of Removal is timely as it is being filed within thirty (30) days after Defendants first receipt of the Complaint.

3. Plaintiff is a citizen of the State of Utah.

4. Defendant is a citizen of the State of Florida.

5. Plaintiff's Complaint constitutes a civil action alleging breach of contract claim wherein Plaintiff claims at least $300,000.00 in damages, clearly in excess of $75,000.00, exclusive of interest and costs. *See* Exhibit 1.

6. Removal of the above-entitled action to this Court is therefore permissible under 28 U.S.C. §§ 1332 (a)(1) and 1441(b), in that it is a civil action to recover damages between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7. Defendants- disputes Plaintiff's allegations, and deny that Plaintiff is entitled to judgment against them.

8. Defendant voluntarily appears in this action for purposes of removal but reserve all objections, arguments, and defenses to Plaintiff's Complaint.  Thus, this Notice of Removal is filed subject to and with reservation of rights by Defendant including, but not limited to, defenses and objections to venue, improper service of process, personal jurisdiction, and any other defenses Plaintiff might pursue.  A responsive pleading or motion will be filed in accordance with Fed. R. Civ. P. 81.

9.     Defendant will serve a copy of this Notice of Removal on Plaintiff's counsel promptly after the filing of this Notice.

10.     Removal is properly made to the United States District Court for the District of Utah, under 28 U.S.C. § 1441(a) and 1332(a)(1), because Salt Lake County, where this action is pending, is within the District of Utah, Central Division.

11.     Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto all Service of Process, pleadings, and Orders that have been filed, served, or received in this action as Exhibit 1.

12.     Pursuant to 28 U.S.C. § 1446(d), the Notice of the Removal of this case in State Court (a copy attached hereto as Exhibit 2) shall be filed with the Third Judicial District Court of Salt Lake County, Utah and shall be served upon Plaintiff.

WHEREFORE, the above-captioned action, now pending in the Third Judicial District Court of Salt Lake County, Utah, is removed therefrom to this Court.

DATED:  March 27, 2023          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Douglas C. Smith
RICHARD K. GLAUSER
DOUGLAS C. SMITH
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2023, 2023, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** to be electronically filed via the Court's CM/ECF system, which will send notification of such filing to the following:

Z. Ryan Panke
Lydia A. Rytting
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84111
rpahnke@rqn.com
lrytting@rqn.com
*Attorneys for Plaintiff*

                                              /s/ Belle Wade